# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0533

STAND UP MONTANA, a Montana non-profit Corporation; CLINTON DECKER; MORGEN HUNT; GABRIEL EARLE; ERICK PRATHER; BRADFORD CAMPBELL; MEAGAN CAMPBELL; and JARED ORR,

   Plaintiffs and Appellants,

 v.

MISSOULA COUNTY PUBLIC SCHOOLS, ELEMENTARY DISTRICT NO. 1, HIGH SCHOOL DISTRICT NO. 1, MISSOULA COUNTY, STATE OF MONTANA; TARGET RANGE SCHOOL DISTRICT NO. 23; and HELLGATE ELEMENTARY SCHOOL DISTRICT NO. 4,

   Defendants and Appellees.

_____

STAND UP MONTANA, a Montana non-profit corporation; JASMINE ALBERINO; TIMOTHY ALBERINO; VICTORIA BENTLEY; DAVID DICKEY; WESLEY GILBERT; KATIE GILBERT; KIERSTEN GLOVER; RICHARD JORGENSON; STEPHEN PRUIETT; LINDSEY PRUIETT; ANGELA MARSHALL; SEAN LITTLEJOHN; and KENTON SAWDY,

   Plaintiffs and Appellants,

 v.

BOZEMAN SCHOOL DISTRICT NO. 7,
MONFORTON SCHOOL DISTRICT NO. 27,
and BIG SKY SCHOOL DISTRICT NO. 72,

Defendants and Appellees.

---

### *ORDER GRANTING MOTION FOR DISMISSAL OF CLAIMS OF APPELLANT DAVID DICKEY*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

On Appeal from the Montana Eighteenth Judicial District Court
Gallatin County, Cause No. DV-21-975B
Before Hon. Rienne H. McElyea

---

Quentin M. Rhoades
RHOADES & ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
courtdocs@montanalawyer.com
*For Appellants*

Elizabeth A. Kaleva
Kevin A. Twidwell
Elizabeth A. O'Halloran
KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807
eakaleva@kalevalaw.com
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
*For Appellees*

Pursuant to the Unopposed Motion for Dismissal filed by David Dickey, and with good cause appearing,

IT IS HEREBY ORDERED that the claims of David Dickey in the above entitled action are voluntarily dismissed with prejudice.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 18 2022